■ RAYMOND W. VREELAND, as Guardian ad Litem of THOMAS VREELAND, an Infant, Appellant, v. JAMES A. COE, Respondent.— Appeal dismissed unless record and briefs are filed and served on or before August 1, 1961; appellant's motion granted to appeal on one copy of stenographer's minutes and on an original and five copies of the judgment roll and five typed briefs.

■ ROBERT F. DANBOIS, Respondent-Appellant, v. NEW YORK CENTRAL R. R. Co., Appellant, and INTERNATIONAL HARVESTER Co., Respondent.— Application to add case to May Calendar denied; case set down for argument at September 1961 Term.

■ EDWARD J. MARSHNER, Respondent, v. JOSEPH P. D'ANGELO, Appellant.— Appeal dismissed unless records and briefs are filed and served on or before August 1, 1961.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HORACE C. CHEEKS, JOSEPH A. LINDSEY and ALBERT E. KELLEY, Appellants.— Motion granted as to Horace C. Cheeks and Joseph A. Lindsey to prosecute appeal on certified judgment roll, typewritten briefs, and William B. Mahoney, Esq., assigned as counsel.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES T. P. MAHER, Appellant.— Motion for reargument of motion denied February 23, 1961 denied.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLARENCE STANLEY BAUM, Appellant. (G. William Lemax, Esq.) (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH H. FRANKLIN, Appellant. (Sheldon M. Markel, Esq.) (C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT CHARLES MARRIOTT, Appellant. (Robert W. Avery, Esq.) (D) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES L. MAULT, Appellant. (J. Richard Sardino, Esq.) (E) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS JAMES MCCARTHY, Appellant. (Bruce O. Jacobs, Esq.) (F) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM .F. MUELLER, Appellant. (Frank A. Valdes, Esq.) (G) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JIMMIE LEE PAUL, Appellant. (William G. Scott, Esq.) (H) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HUBERT LEE RIVERS, Appellant. (C. Edwin Close, Esq.) (I) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. H. GLYN SEES, JR., Appellant. (Leonard M. Sciolino, Esq.) (J) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID L. WEED, Appellant. (Joseph D. Strodel, Esq.) — [In each action] Motion granted to appeal on original record, typewritten briefs and counsel assigned.

■ In the Matter of CHARLES A. LIPINSZYK, Appellant, v. JOHN F. DWYER, as District Attorney, et al., Respondents.— Motion granted to appeal on original papers, typewritten briefs, and James I. Spandau, Esq., assigned as counsel.

## (May 19, 1961)

■ J. B. CIERI CONSTRUCTION CO., INC., Respondent, v. GRAMERCY CONSTRUCTION CORP., et al., Appellants, et al., Defendant.— Order unanimously reversed on the law, without costs of this appeal to any party and defendants' motion for partial summary judgment granted, without costs, in accordance with the memorandum. Memorandum: This is an appeal from a denial of a motion for partial summary judgment. The defendant Gramercy seeks a dismissal of the complaint pursuant to rule 114 of the Rules of Civil Practice to the extent that it seeks foreclosure of a mechanic's lien and also moves to sever to the extent